IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R² TOP HAT LTD., <br><br> Plaintiff, <br><br> v. <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br> HOME INTERIORS & GIFTS, INC., <br> RICHARD HEATH, PATRICK DAUGHERTY <br> and JOHN DOES 1 through 3 <br><br> Defendants. | **JUDGE CHIN** <br><br> 06 CV 7929 <br> Civil Action No. <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: <br> DATE FILED: 10-3-06 |

**ORDER ON EMERGENCY MOTION TO FILE VERIFIED COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER UNDER SEAL**

Upon consideration of the Motion to file under seal both the Verified Complaint and the Motion for Temporary Restraining Order (the "Motion") of Plaintiff R² Top Hat, Ltd. ("R²"); and due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and hearing thereon, and sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion is hereby allowed; and it is further;

ORDERED, that this order shall remain in full force and effect until further order of this Court.

Dated: New York, New York
    October 3, 2006

_____
United States District Court Judge

MICROFILM OCT - 5 2006 -12:00 PM

# 1456626 v1 - HARRISRL - 817001/0000